UNITED STATES FIDELITY & GUARANTY COMPANY, Appellant vs. WAUKESHA LIME & STONE COMPANY, Respondent.

For the appellant: *John C. Love* and *Richard B. Johns,* both of Milwaukee.

For the respondent: *Jacobson, Malone & Hippenmeyer* of Waukesha.

*By the Court.*—Judgment affirmed.

IN RE GUARDIANSHIP OF EVENSON: EVENSON and another, Appellants, vs. EVENSON, Respondent.

For the appellants: *Edwin Larkin* of Mondovi.

For the respondent: *Ole J. Eggum* of Whitehall, and *F. V. McManamy* of Eau Claire.

*By the Court.*—Judgment affirmed.